UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
JAN 1 8 2006
JO. ...ERS, Clerk
U.S. ...OURT
CENTR... ...OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR NO. 06-300____ |
| ) | 18 U.S.C. § 1344(1) & (2) |
| STEPHEN GRIGGS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

From 2001 until March 2003, in Quincy, in the Central District of Illinois, the defendant,

**STEPHEN GRIGGS**,

a Vice President of First Bankers Trust Company ("FBT"), a bank then insured by the Federal Deposit Insurance Corporation, knowingly devised a scheme and artifice to defraud FBT and obtain monies owned by and under the custody and control of FBT by means of false representations. As part of the scheme, the defendant, **STEPHEN GRIGGS**, defrauded FBT of over $25,000, by selling FBT repossessed vehicles to customers and reporting a reduced sales price to FBT, and absconding the unreported proceeds.

In violation of Title 18, United States Code, Section 1344(1) & (2).

A TRUE BILL,

s/foreperson
FOREPERSON



s/Rodger Heaton
RODGER A. HEATON
UNITED STATES ATTORNEY

GMG