# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.

Case Number:   06-30005

STEPHEN GRIGGS
1508 South 48th Street
Quincy, IL

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
600 E. MONROE, COURTROOM 3, SPRINGFIELD, ILLINOIS
on
**February 16, 2006 at 10:00 a.m.**
before the
HONORABLE **US MAGISTRATE JUDGE BYRON CUDMORE**

To answer a(n) Indictment charging you with a violation of Title **18**, United States Code, Section(s) **1344(1) & (2)**.

Brief description of offense:

Bank Fraud

DATE: **January 20, 2006**

s/ John M. Waters

s/John M. Waters
JOHN M. WATERS, CLERK

s/Marleen Cooke
BY: DEPUTY CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

|  |
|---|
| **RETURN OF SERVICE** |
| Service was made by me on:(Date)   1-27-06 |
| Check one box below to indicate the appropriate method of service |
| [X] Served personally upon the defendant at: _1000 DUXBURY CT._ _QUINCY, IL. 62301_ |
| [ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.<br>    Name of person with whom the summons was left: _____ |
| [ ] Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _1-27-06_        _STEVEN DEATHERAGE_
            Date                Name of United States Marshal

                        _FRED KIENTZLE_
                    (by) Deputy United States Marshal

Remarks: