E-FILED
Tuesday, 28 March, 2006  02:11:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 06-30005 |
| ) | |
| STEPHEN GRIGGS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTING

**NOW COMES** Defendant, STEPHEN GRIGGS, by and through his counsel, John M. Madonia, and in support of his Motion to Continue Pre-Trial and Trial Setting in the above-entitled cause, states to this Honorable Court as follows, that:

1. Defendant is charged in a one count indictment with being a Felon in Possession of a Firearm, in violation of *Title 18, U.S.C., § 1344(1) and (2)*.

2. A pre-trial is scheduled in this cause for March 30, 2006.

3. The Defendant anticipates an offer to resolve this case by written plea agreement and hereby requests additional time to obtain and review the contents of any plea agreement.

4. The Government has no objection to this motion.

5. This motion is not brought for the purpose of delay, but is in the best interests of all parties.

6. Neither the rights of the Plaintiff, nor those of the Defendant, will be jeopardized by the granting of the relief sought herein.

**WHEREFORE** Defendant, STEPHEN GRIGGS, prays that this Honorable Court continue the pre-trial and trial in this cause until the May 2006 docket and for such other and further relief as this Court deems just and equitable.

                          Respectfully submitted,

                          STEPHEN GRIGGS, Defendant

                          s/     John M. Madonia

John M. Madonia
No. 6243404
**CAVANAGH, MADONIA & LEAHY LLP**
Attorneys for the Defendant
403 East Adams Street
Springfield, Illinois 62701
Telephone: 217-544-2222