E-FILED
Thursday, 25 May, 2006   03:50:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 06-30005 |
| STEPHEN GRIGGS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXPAND THE CONDITIONS OF BOND**

**NOW COMES** Defendant, STEPHEN GRIGGS, by and through his counsel, John M. Madonia, and in support of his Motion to Expand the Conditions of Bond in the above-entitled cause, states to this Honorable Court as follows, that:

1. Defendant plead guilty to the indictment filed in this case alleging Bank Fraud in violation of 18 U.S.C. § 1344 (1) and (2).

2. Defendant has been on pre-trial release throughout the course of these proceedings.

3. The Defendant does not have any reported violations of the conditions for his bond.

4. The Defendant is employed by Printex, Inc. out of Hannibal, Missouri and has been requested to attend a trade show in Indianapolis, Indiana by his employer, Randy Park.

5. The trade show is scheduled from May 31, 2006 through June 1, 2006.

6. The Defendant respectfully requests that the Court expand the

conditions of his bond to allow him to travel to Indianapolis, Indiana on May 31, 2006 and remain overnight and return home on June 1, 2006.

       7.    The Government, through AUSA Greg Gilmore and U.S. Probation Officer Mark Estock, has no objection to this motion.

**WHEREFORE** Defendant, STEPHEN GRIGGS, prays that this Honorable Court grant his motion and expand the conditions of his bond as requested herein and for such further relief as the Court deems just and equitable.

                Respectfully submitted,

                STEPHEN GRIGGS, Defendant

                s/    John M. Madonia

John M. Madonia
No. 6243404
**CAVANAGH, MADONIA & LEAHY LLP**
Attorneys for the Defendant
403 East Adams Street
Springfield, Illinois 62701
Telephone: 217-544-2222