IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   06-30005 |
| ) | |
| STEPHEN GRIGGS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO PRESENT TESTIMONY

**NOW COMES** Defendant, STEPHEN GRIGGS, by and through his counsel, John M. Madonia, and pursuant to the Court's Order on Implementation of Sentencing Guidelines hereby notifies all parties of the intent to present witnesses on the Defendant's behalf at his sentencing hearing in this cause. The Defendant intends to call two witnesses, namely: Kimberly Cannady, his wife, and Randy Parks, his employer, both of whom will testify as to the sentencing factors set forth in 18 U.S.C. § 3553 and the impact that various sentencing options will have on them. The direct examination of each witness should take no longer then five minutes for each witness presented.

Respectfully submitted.

STEPHEN GRIGGS, Defendant

By:   s/   John M. Madonia
John M. Madonia
No. 6243404
Cavanagh, Madonia & Leahy LLP
403 East Adams Street
Springfield, Illinois 62701
Telephone: 217-544-2222

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2006, I electronically filed the foregojng Commentary on Sentencing Factors with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

Gregory Gilmore
Assistant United States Attorney


                                              s/     John M. Madonia