UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 06-30005 |
| ) | |
| STEPHEN GRIGGS, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S SENTENCING COMMENTARY**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory M. Gilmore, respectfully submit this response to the defendant's sentencing commentary.

1. The United States has no objection to the revised presentence report ("PSR") and does not intend to present any evidence at the defendant's sentencing.

2. The government will not oppose a sentence at the low end of the Guideline range within the dictates of § 5C1.1(c)(2). The government will oppose a departure from the Sentencing Guidelines.

3. The defendant is correct that Jeffrey Conn received a sentence of one day with supervised release. The defendant is incorrect to assert that his culpability is so similar to that of Conn's that he should receive a like-sentence. There are several significant differences between the defendant's case and Mr. Conn's. As noted at PSR paragraph seven, Mr. Conn reported to the Bank President of First Bankers Trust Company ("First Bankers"), that he and the defendant embezzled funds from First Bankers. It should be noted that the President spoke to Mr. Conn regarding a "trouble loan" after Mr. Conn had already left employment at First Bankers and

joined another bank. Mr. Conn was still a customer of First Bankers and while Mr. Conn was doing some banking inside First Bankers the President approached him. After discussing the trouble loan, Mr. Conn left the inside of the bank and went to his car. Mr. Conn said he felt guilty about his embezzlement and he re-entered First Bankers and reported his conduct and that of the defendant's to the Bank President. Thus, Mr. Conn brought the embezzlement to First Bankers' attention–he self reported his criminal conduct. When the defendant was approached by the Bank President later, he initially denied any involvement in the offense.

Additionally, the defendant was Mr. Conn's supervisor and is, therefore, more culpable that Mr. Conn. Therefore, the government will oppose a departure from the Sentencing Guidelines.

                            Respectfully submitted,

                            RODGER A. HEATON
                            UNITED STATES ATTORNEY

                            /s/ Gregory M. Gilmore
                            Gregory M. Gilmore
                            Assistant United States Attorney
                            Office of the United States Attorney
                            318 South Sixth Street
                            Springfield, Illinois  62701
                            (217) 492-4450
                            greg.gilmore@usdoj.gov
                            Reg. No. 6217499

**Certificate of Service**

    I certify that on September 21, 2006, I electronically filed the foregoing using the CM/ECF system which will send notice of such filing to John M. Madonia, Esq., counsel for the defendant.


 /s/Gregory M. Gilmore